```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| MARK A. BARRY, M.D. | : | MISCELLANEOUS ACTION |
| | : | |
| v. | : | |
| | : | |
| MEDTRONIC, INC. | : | NO. 16-47 |

## ORDER

AND NOW, this 17th day of March, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion of Globus Medical, Inc. to quash the subpoenas served on it by Mark A. Barry, M.D. (Doc. # 1) is GRANTED.

                                    BY THE COURT:


                                    /s/ Harvey Bartle III
                                    _____
                                                              J.